# UNITED STATES DISTRICT COURT FOR THE
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| THALIA VINCENT, individually and on behalf of herself and others similarly situated,<br><br>         **Plaintiffs,**<br><br>vs.<br><br>LUMBER LIQUIDATORS, INC.,<br><br>         **Defendant.** | Case No. 2:15-cv-02333-RBH |

## STIPULATED PROTECTIVE ORDER

All parties agree to abide by the terms of the Stipulated Protective Order approved by the Northern District of California in *Gold, et al. v. Lumber Liquidators, Inc.,* Case No. CV14-05373-TEH, a copy of which is attached as Appendix A, in order to facilitate sharing of discovery in this litigation.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| | |
|---|---|
| Dated:  February 17, 2017<br>Florence, South Carolina | s/R. Bryan Harwell<br>R. Bryan Harwell<br>United States District Judge |
| s/Phillip W. Segui, Jr.<br>Phillip W. Segui, Jr.  (Fed. Bar #6473)<br>Segui Law Firm, PC<br>864 Lowcountry Blvd., Suite A<br>Mount Pleasant, SC  29464<br>psegui@seguilawfirm.com<br><br>Plaintiffs' Counsel | s/Carrie A. Fox<br>Carrie A. Fox  (Fed.  Bar #10111)<br>Aiken Bridges Law Firm<br>181 East Evans Street, Suite 409<br>Florence, South Carolina  29506<br>**caf@aikenbridges.com**<br><br>Defendant's Counsel |